RECEIVED OCT 03 2016 U.S.D.C. WP

Mr. Basheen Rush
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, New York 14411
Dept # 95A1323          September 27, 2016

Vincent L. Briccetti
United States District Judge
United States District Court for Southern District of New York
300 Quarropas St.
White Plains, New York 10601

RE: Rush v. Doccs 15 Civ. 3103 (VB)

Your Honor

  I write you in regards to retaliation by Sgt. Ferraroli, D. Bakowski and Security staff at Orleans Correctional facility.

  On September 27, 2016, Sgt. Ferraroli called me to the trailer and shown me a letter I written to Dr. Takim Liyakat Professor of Islamic Studies in the department of religious studies at the University of Denver, asking for his expert wisdom in the practice of Shi'a Islam in connection with my case presently before your Court. In response to my writing this letter, I was Suspended from my Law Library Job at the facility and Law Library.

  Therefore, I am requesting an emergency Conference with the Court and Attorney General, before this retaliation lead to Confinement and/or physical violents by these staff members and due to the fact that I am denied the ability to seek experts in this case I am in need of

1

Counsel,

   Enclose are copies of my letter and Suspension memoraddum.

                               Respectfully Submitted

                               M. Basham Rush

Copies To
M. Keane
Assistance Attorney General
120 Broadway
N.Y, N.Y. 10271



بسم الله الرحمن الرحيم
Shi'a Al Islamic Community

Mr. Basheen Rush
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, New York 14411-9199
Department No. 95A4323

August 28, 2016

Dr. Takim Liyakat
Professor of Islamic Studies in the Department of
Religious Studies
University of Denver
Denver, Colorado 80202

Assalamu Alaikum Warahmatullahi Wabarakatuhu

Dear Brother

I humbly write you this letter of important, of how to practice my belief and what must be, performed during the observances Shi'a Islam Holy Days.

I am face with a situation that calls for me to reach out to the learned in Shi'a Islam. Brother, I will be made to observe Ashura under a Sunni Muslims lead program and in the same room, as they fast for the last two day of what they call Ashura, here at the Orleans Correctional Facility. Now, I have tried to reach the Shi'a chaplain for the Department of Corrections and Community Supervision, Chaplain Mubdi, however, I was informed that he agreed to Shi'a Muslims being place in the same room with Sunni Muslims for Ashura. More importantly, is I will be force to fast the 10th of Muharram (Day of Ashura). By construction of DOCCS policy for fasting Muslims, we are not allow to attend the messhall to eat during a fast or we will be denied the prepare meal for that night here at the Orleans Correctional Facility. Therefore, I am force to fast, where I must eat from the messhall do to my present condition.

In any event, can you please answer the following Islamic questions?

1. How do I perform the fast for the First 9 days of Muharram?
2. How do I perform Ashura?
3. What must I do on Ashura?
4. What time should I start?
5. What congregation prayers should I offered?
6. What must I do on the day of Ghadir?
7. What time should I start?
8. What congregation prayers should I offered?
9. What Should I do on the Mubahilal?
10. Do, I prayer behind a Sunni Muslims during Ju'mah, who call themselves Imam?
11. Under what circumstance do I prayer behind a Sunni Muslims during the Eid ul Fitr or Eid ul Adha.
12. Under what circumstance do I prayer behind a Sunni Muslims who call themselves Imam.

Please understand we are not being allowed to buy books and we do not have the resources to buy the books need to answer these questions.

Thank you very much for your concern in this matter!

Respectfully Yours

*[signature]*

# ORLEANS CORRECTIONAL FACILITY

## MEMORANDUM

TO: Rush, Basheen — 95A4323 (A2-17B)

FROM: D. Bakowski, SCC/Program Committee

DATE: 9/27/16

SUBJECT: PROGRAM SUSPENSION

You are suspended from _law library - pm leve_ effective _9/27/16_ for _security reasons_.

This suspension will remain in effect until:

(a.) further notice.

b. you are called to Program Committee for a new program.

c. Other _____

cc: Program/Area Supervisor
    Dorm Officer
    Program Committee/Guidance Unit File

Prgmsusp



ORLEANS CORRECTIONAL FACILITY
3531 Gaines Basin Road
Albion, New York 14411-9199
NAME: Mr. Basheen Rush    DIN: 95A4323

RECEIVED OCT 03 2016 U.S.D.C. W.P.

Legal mail

To Clerk of the Court
United States District Court for
Southern District of New York
300 Quarropas Street
White Plains, New York 10601